Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2898 | **DATE** | 7/15/2003 |
| **CASE TITLE** | MLR LLC vs. U.S. Robotics Corp. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff MLR LLC's motion for consolidation for the Panel under 28 U.S.C. Section 1407 to transfer three related declaratory judgment actions for the conduct of coordinated or consolidated pretrial proceedings with the original patent infringement action filed by MLR [155-1] is granted. IT IS HEREBY ORDERED that all issues having been consolidated under 02 C 2898 MLR LLC v. U.S. Robotics, case 03 C 4688 MLR LLC Patent; case 03 C 4689 Handspring Inc. v. MLR LLC Patent; and case 03 C 4690 Nokia v. MLR LLC Patent are hereby dismissed. All pleadings are to be filed in 02 C 2898 and reference MDL Number 1525.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUL 16 2003 | |
| | Notified counsel by telephone. | date docketed | 220 |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials |
| | Copy to judge/magistrate judge. | 03 JUL 15 PM 3:14 | |
| TH✓ | courtroom deputy's initials | FILED | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |