## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2898 | **DATE** | 8/14/2003 |
| **CASE TITLE** | MLR LLC vs. US Robotics Corp. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Stipulated Order of Dismissal. Plaintiff's motion to enter stipulated Order dismissing MLR's complaint against Nokia is granted. All claims, defenses and counterclaims that were or could have been made by MLR against Nokia or by Nokia against MLR relating to this Civil Action are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the Agreement between the parties and the enforcement of this Order. Status hearing set for 8/19/03 is stricken. Any other pending dates are stricken. Any pending motions are denied as moot.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | number of notices | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | AUG 15 2003 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 226 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK 03 AUG 15 PM 7:59 FILED FOR DOCKETING | | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| TH✓ | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MLR, LLC, | ) | **DOCKETED** |
| | ) | AUG 1 5 2003 |
| Plaintiff, | ) | MDL No. 1525 |
| | ) | Civil Action No. 02 C 2898 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| NOKIA CORPORATION and NOKIA INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that MLR, LLC ("MLR") and Nokia Corporation and Nokia Inc. (collectively "Nokia"), have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of MLR and Nokia, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by MLR against Nokia or by Nokia against MLR relating to this Civil Action are hereby dismissed with prejudice.

2. MLR has not released, and nothing in this Order shall be construed as a release or discharge of, any claim MLR has made or may have in the future against any other infringer of any MLR patent not specifically released in the parties' Agreement. All such rights have been and are expressly reserved by MLR.



3. Each party shall bear its own costs and attorneys' fees.

4. This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

Date: AUG 1 4 2003

_____
United States District Judge

STIPULATED AND AGREED TO:

MLR, LLC

_____
Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

NOKIA CORPORATION and NOKIA INC.

_____
Stacy A. Bairn
Jones Day
77 West Wacker Drive
Chicago, Illinois 60602
(312) 782-3939
Fax: (312) 782-8585

Michael J. Newton
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939
Fax: (214) 969-5100